EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 02 2004

at ____ o'clock and ___ min. ___M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ETEUATI PAOPAO, ) <br> ) <br> Defendant. ) <br> ) | CR. NO. CR04-00326 SOM <br><br> INDICTMENT <br><br> Count 1: 18 U.S.C. §§ <br> 922(g)(1) and 924(a)(2) <br> Count 2: 18 U.S.C. §§ <br> 922(g)(9) and 924(a)(2) |

<u>**INDICTMENT**</u>

## COUNT 1
(18 U.S.C. §§ 922(g)(1), 924(a)(2))

The Grand Jury charges that:

On or about August 20, 2004, in the District of Hawaii, the defendant ETEUATI PAOPAO, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit, a Smith & Wesson model 422 .22 caliber pistol, serial number TDA5494, and nine rounds of .22 caliber ammunition, with the firearm and ammunition having been manufactured outside the State of Hawaii and transported in and affecting commerce to Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2
(18 U.S.C. §§ 922(g)(9), 924(a)(2))

The Grand Jury further charges that:

On or about August 20, 2004, in the District of Hawaii, the defendant ETEUATI PAOPAO, having been previously convicted of a misdemeanor crime of domestic abuse, did knowingly possess in and affecting commerce a firearm and ammunition, to wit, a Smith & Wesson model 422 .22 caliber pistol, serial number TDA5494, and nine rounds of .22 caliber ammunition, with the firearm and ammunition having been manufactured outside the State of Hawaii and transported in and affecting commerce to Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

DATED: Sept. 2, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. ETEUATI PAOPAO
Cr. No.        (Indictment)

3