# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: August 7, 2006

To: United States Court of Appeals          Attn: ( )    Civil
    For the Ninth Circuit
    Office of the Clerk                           (X)    Criminal
    95 Seventh Street
    San Francisco, California 94103               ( )    Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 04-00326SOM              Appeal No:   05-10653
Short Title:  USA vs. PAOPAO

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 3 | volumes (✓) original  ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: #44

Acknowledgment: _____    Date: _____

cc: counsel