MORATT
i

INTERNAL USE ONLY: Proceedings include all events.
05-10653 USA v. Paopao

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Marshall H. Silverberg, Esq.<br>808-541-2850<br>Suite 6100<br>[COR LD NTC aus]<br>Office of the United States Attorney<br>Prince Kuhio Federal Building<br>300 Ala Moana Blvd<br>Honolulu, HI 96850 |
| v. | |
| ETEUATI PAOPAO<br>    Defendant - Appellant | Pamela J. Byrne, Esq.<br>FAX 808/541-3545<br>808/541-2521<br>Ste. 7104<br>[COR LD NTC afp]<br>FPDHI - FEDERAL PUBLIC DEFENDER'S OFFICE (HONOLULU)<br>PJKK Federal Bldg.<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850-5269 |