

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

March 22, 2007



RECEIVED
CLERK U.S. DISTRICT COURT
MAR 27 2007
DISTRICT OF HAWAII

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-10653 | USA v. Paopao | CR-04-00326-SOM |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

Enclosure(s)
cc: All Counsel